

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 5, 2024

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Court previously directed the parties to file their proposed schedules for all applicable pretrial submissions required under the Court's rules by September 6, 2024. *See* Dkt. 39. The parties respectfully request a two-week adjournment, until September 20, 2024, to submit such proposals. The parties are continuing to negotiate a mutually agreeable schedule and narrow areas of dispute, and the requested adjournment will permit the parties to continue those discussions.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        by:  /s/
                Danielle Kudla
                Rushmi Bhaskaran
                Assistant United States Attorneys
                (212) 637-2304 / 2439

cc: Defense Counsel (by ECF)