UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTON PERAIRE-BUENO, ET AL.,<br><br>Defendants. | 24-CR-293 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the parties competing proposed pretrial schedules. *See* ECF Nos. 44, 45. Having considered the proposals and the parties' arguments therein, the Court issues the following pretrial schedule:

| | |
|---|---|
| June 27, 2025 | Government's expert witness disclosures |
| July 18, 2025 | Defendants' expert witness disclosures |
| August 1, 2025 | Government's rebuttal expert disclosures, if any |
| August 8, 2025 | Government's preliminary exhibit and witness lists |
| August 15, 2025 | Defendants' Rule 16(b) disclosures other than expert disclosures and preliminary exhibit and witness lists |
| August 22, 2025 | Parties file motions *in limine* and *Daubert* motions<br><br>Government's 404(b) notice |
| September 8, 2025 | Parties file oppositions to motions *in limine* and *Daubert* motions<br><br>Parties submit joint proposed *voir dire*, requests to charge, verdict sheet, and optional pretrial memorandum of law<br><br>Defendants' notice to the Government about advice of counsel defense |

| September 23, 2025 | Parties submit exhibit lists to Court in compliance with Individual Rule 1(f) |
|---|---|
| September 30, 2025 | Final Pretrial Conference |

Dated: September 25, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge