

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 12, 2025

**BY ECF**
The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The defendants seek dismissal of Count Four of the Superseding Indictment.  *See* Dkt. No. 81.  Without conceding any of the defendants' particular characterizations of this issue, and without addressing application of the April 7, 2025 Memorandum from the Deputy Attorney General, the Government writes to inform the Court that it has determined not to proceed on Count Four in this case.  Accordingly, the Court should deny defendants' motion as to Count Four as moot.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: /s/
        Danielle Kudla / Rushmi Bhaskaran / Jerry Fang
        Assistant United States Attorneys
        (212) 637-2304 / 2439 / 2584

cc: Defense Counsel (by ECF)