**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>Defendants. | Case No.: 1:24-cr-00293-JGLC |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXCLUDE TWITTER SCREENSHOT AS PURPORTED PROOF OF THE ALLEGED FALSE SIGNATURE**

Pursuant to Federal Rules of Evidence 901 and 1002, Defendants James and Anton Peraire-Bueno respectfully move to preclude the government from introducing as the alleged False Signature an image taken from a tweet by a former researcher at Paradigm who goes by the pseudonym "samczsun."

* * *

The government has alleged a scheme to defraud through material misrepresentations. *E.g.*, ECF 70 ¶¶ 34, 36. One of the only two misrepresentations by the Peraire-Buenos that it alleges is the supposed "False Signature," which it alleges was provided by the Peraire-Buenos to the relay. *Id.* ¶ 26. In the affidavit supporting an application for a search warrant for the Peraire-Buenos' Google accounts and at the June 17 oral argument, the government used the below image as purported proof of the content of the alleged False Signature:

```
{
  "message": {
    "slot": "6137846",
    "proposer_index": "552061",
    "parent_root": "0x0000000000000000000000000000000000000000000000000000000000000000",
    "state_root": "0x0000000000000000000000000000000000000000000000000000000000000000",
    "body": {
      "randao_reveal":
"0xb174ccab699335097701dad2b92948cd213d056a91d63dbeed8fc2148d1723a8aaaf1e4099eb58954f493f72310fc18d04728165296563b54b7b9e6776cb0deee40
9573df1bee3052e24560b0f3a6dbd7ccd00d570711e961388bcf0238d8998",
      "eth1_data": {
        "deposit_root": "0x0000000000000000000000000000000000000000000000000000000000000000",
        "deposit_count": "0",
        "block_hash": "0x0000000000000000000000000000000000000000000000000000000000000000"
      },
      "graffiti": "0x0000000000000000000000000000000000000000000000000000000000000000",
      "proposer_slashings": [],
      "attester_slashings": [],
      "attestations": [],
      "deposits": [],
      "voluntary_exits": [],
      "sync_aggregate": {
        "sync_committee_bits":
"0x00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000",
        "sync_committee_signature":
"0x00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000000000000000000"
      },
      "execution_payload_header": {
        "parent_hash": "0x99151b8bd4ac95f5ff378591b1b8228754c8056700f60919966a3bbb966918b8",
        "fee_recipient": "0x0000000000000000000000000000000000000000",
        "state_root": "0x263ac177f4b1e4095bd445ee706cfcdda401d0b2da4dc98296f6142c00cdfa6f",
        "receipts_root": "0x5a544545548387e6db411264b745b2cb853f65ad5ba5bd2d04d9d4e60826c212",
        "logs_bloom":
"0x66ea21200c848263b0240c21840106e54311048e08222c64504d16a12141a4a026144709868998202381930 28c4a013492010117d88e28018201e00813b238050a5
2849ae896088cb92367c8f218293185a0208a82d8481049081e20f190080c9fa20506238a00270095851d494228a9d71186048151041c560201510e1e80dcb1442254c
3440861a94781c00767112609804005a718e20c5228404a431a2b1a8b48e9c103827565731e08d659be0c804ec32881238032124233261ec6ef201446360426010841 6
a8c8262a201cc3cc04180caaa9c2828d8889104e21808a040c077274b81c24a3c5a8d0088248bb6b2c0389030c22e00701045398480385115",
        "prev_randao": "0xb4a0e152004f423e2f554b8eb5dbdd512bb3698405d19f5d07dfe87d5106f7ed",
        "block_number": "16964664",
        "gas_limit": "30000000",
        "gas_used": "12349025",
        "timestamp": "1680478175",
        "extra_data": "0x6279206275696c64657230783639",
        "base_fee_per_gas": "16720166622",
        "block_hash": "0xe394671c771f5ab3fd7ea3dd61b527cf8c481e90acca1afaa29aa2bb81069452",
        "transactions_root": "0x3c1ca26ccbd732ec6f94fc4d539d6ff0e3694b79db7058ab16d412b983a3caad"
      }
    }
  },
  "signature":
"0xb544eaa34654372143d0442fbba6713d978f780da85503b2a070998970867b4936e884c9f948d51c6e08f6c927f0cd4d0a334e4f04404876e08863e73d8add1b394
9fd911eb386fa24ea4c1dc062564b0af8a2f95e8940737f958c8baa584cd6"
}
```


*See* ECF 56-8 (Dias Aff.) ¶ 18(d). The affidavit described the above image only as a "publicly available screenshot," without identifying the source. *Id.*

Based on all information available to the Peraire-Buenos and provided by the government in discovery, the image appears to have been taken from a tweet by a pseudonymous Paradigm researcher, "samczsun." As far as the Peraire-Buenos are aware, neither this image nor any other purported representation of the alleged False Signature has been produced by the government pursuant to Federal Rule of Criminal Procedure 16 in a self-authenticating form or with a declaration authenticating it as the alleged False Signature. Indeed, the government has produced no documents produced to it by the Ultrasound Relay (the recipient of the alleged False Signature), Flashbots (which is a separate entity than the Ultrasound Relay), or Paradigm. Nor is there any

indication in the disclosures made by the government to date that there will be other evidence the image is what the government says it is—*i.e.*, the False Signature.

Nevertheless, the above image appears on the government's exhibit list twice: at GX 4017 as part of a collection of material provided to the government by Nonparty-1 (which was not the recipient of the alleged False Signature and merely identified it as sourced to a tweet by another non-party); and at GX 1061 as a document collected from one of the Peraire-Buenos' computers, where it was purportedly saved as an image with no surrounding context. *E.g.*, Ex. 5 (GX 1061).

Unless the government can authenticate GX 4017 or 1061 as the alleged False Signature, it should be precluded from introducing the image as the alleged False Signature. Rule 901 requires "evidence sufficient to support a finding that the item is what the proponent claims it is," such as testimony. *See, e.g.*, *United States v. Jean-Claude*, 2022 WL 2334509, *21 (S.D.N.Y. June 27, 2022) ("Under Fed. R. Evid. 901, the Government was required to provide an evidentiary basis from which the jury could find that the cell phone extractions offered by the Government are what they purport to be: a compilation of data extracted from the Defendants' cell phones."), *aff'd sub nom. United States v. Gonzalez*, 144 F.4th 396 (2d Cir. 2025). It is not sufficient that a pseudonymous researcher who typically appears in public either with a motorcycle helmet covering his face or as an anime avatar[1] broadcast the image on Twitter, and some people apparently believed that tweeted image to be an authentic representation of the alleged False Signature. If samczsun is the only individual who could authenticate the alleged False Signature as purportedly captured by this screenshot, the government needs to identify and call him as a

[1] *See, e.g.*, https://www.paradigm.xyz/team/samczsun; https://www.youtube.com/watch?v=Tv3h7Yb_7_4.

witness.[2] As it stands, there is no evidence about the origin of the image, how it came to be in samczsun's possession, or whether someone may have altered it. Nor is it sufficient that the image was assertedly located on one of the Peraire-Buenos' computers. Without authenticating testimony, the contextless screenshot is just that—a screenshot of what appears to be computer code. The government cannot attempt to satisfy Rule 901 on the theory that it is an image on one of the defendant's computers; an image of contextless code is irrelevant.[3]

Additionally, unless the government can show that the image authentically constitutes the alleged False Signature that the Peraire-Buenos supposedly sent to the Ultrasound Relay, the government should be precluded under Federal Rule of Evidence 1002 from eliciting testimony about the contents of the allegedly False Signature. Rule 1002 requires that "if a party wishes to prove the content of a writing, it generally must do so by introducing the original," subject to the exceptions in Federal Rule of Evidence 1004. *Crawford v. Tribeca Lending Corp.*, 815 F.3d 121, 126-27 (2d Cir. 2016). While the original is not needed where the question is the *existence* of a writing, the document is required if its contents are at issue. *See, e.g.*, *United States v. Sliker*, 751 F.2d 477, 483-84 (2d Cir. 1984); *United States v. Hernandez-Fundora*, 58 F.3d 802, 808-09 (2d Cir. 1995). Computer code and data falls under Rule 1002. *See, e.g.*, *United States v. Bennett*, 363 F.3d 947, 952-54 (9th Cir. 2004) (violation of Best Evidence Rule where government witness testified about GPS data he saw to testify about defendant's location but government did not submit

[2] If the government intends to authenticate the signature through its Flashbots witness, the Peraire-Buenos respectfully request the opportunity to voir dire the witness as to his personal knowledge before the evidence is admitted.

[3] Needless to say, merely authenticating the code as computer code that was saved on a computer may meet Rule 901 for that purpose, but it would not make the evidence admissible pursuant to other rules of evidence, such as Rule 401. It is not the case that any image saved on a computer is inherently relevant to a particular set of facts.

the data into evidence or establish an exception); *Unicom Sys., Inc. v. Farmers Grp., Inc.*, 2007 WL 9705875, at *9 (C.D. Cal. June 12, 2007) (sustaining objection under Rule 1002 to declaration "purport[ing] to testify about the contents of the source and object codes" for certain computer programs because, "[r]egardless of whether in hard copy or electronic form, these are 'writings'"). Thus, to prove the contents of the alleged False Signature, the government must present authentic evidence that constitutes the False Signature.

For the foregoing reasons, the Court should preclude the government from admitting the screen shot as the alleged False Signature unless and until it can authenticate and lay the foundation for that image.

Date: August 22, 2025

Respectfully submitted,

By: */s/ Katherine Trefz*

Katherine Trefz (*pro hac vice*)
Daniel Shanahan (*pro hac vice*)
Patrick J. Looby (*pro hac vice*)
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
ktrefz@wc.com
dshanahan@wc.com
plooby@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant*
*James Peraire-Bueno*

By: */s/ Daniel N. Marx*

Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Counsel for Defendant*
*Anton Peraire-Bueno*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ *Katherine Trefz*
Katherine Trefz