Jury Selection Strike Sheet – Defendants

1. Pappas 3

2. Van Dette 8

3. Lleku 9

4. Alika 12

5. George 19

6. Isaacs 20

7. Martinez 23

8. Hurwitz 24

9. ~~Booster 30~~ Picott 13

10. ~~Goldstein~~ Vega 15

Alternate Jurors

1. ~~Loucla 33~~ Goldstein 30

2. Fonseca 36