**Court Exhibit 9**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANTON PERAIRE-BUENO and JAMES PERAIRE-BUENO,<br><br>                      Defendants. | S1 24 Cr. 293 (JGLC) |

JESSICA G. L. CLARKE, United States District Judge:

### QUESTIONS FOR JURORS

**Please indicate if your answer to any of the following questions is "yes" by circling the number of that question. If your answer to a question is "no," you need not do anything. Do not write your name or make any other marks on the questionnaire. The only marks you should make are circles around the questions for which the answer is "yes."**

A. **General Questions**

1. Do you know anything about the facts of this case, other than what I have told you?

2. Have you heard anything about this case on social media, in the newspaper, on the radio, on the Internet, on television, in podcasts or from others?

3. Do you have any reason to believe that you could not view fairly and impartially a case involving the charges as I have described them?

4. Do you have any ideas or prejudices that would make it difficult for you to follow my instructions as to the law?

5. Do you have any doubt that you will be able to apply the law as I explain it to you, even if you disagree with the law or believe that it should be different?

6. Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person?

**Court Exhibit 9**

### B. Knowledge of People or Places

7. As I already mentioned, the defendants in this case are Anton Peraire-Bueno and James Peraire-Bueno. Do you know, or, to your knowledge, have any of your relatives or close friends had any dealings with either defendant, or with any relative, friend or associate of theirs?

8. Anton Peraire-Bueno is represented by Daniel Marx and William Fick of the law firm Fick & Marx LLP. Do you know, or, to your knowledge, have any of your relatives or close friends had any dealings with these attorneys or their firm?

9. James Peraire-Bueno is represented by Katie Trefz, Patrick Looby, Joseph Bayerl, and Ikenna Ugboaja of the law firm Williams & Connolly, and Jonathan Bach of the law firm Shapiro Arato Bach LLP. Do you know, or, to your knowledge, have any of your relatives or close friends had any dealings with these attorneys or their firms?

10. The Government is represented in this case, as in all cases, by the United States Attorney for this District, who is Jay Clayton. The conduct of the trial will be in the immediate charge of Assistant United States Attorneys Danielle Kudla, Jerry Fang, Benjamin Levander, and Ryan Nees. Do you know, or, to your knowledge, have any of your relatives or close friends had any dealings with these attorneys, or with any member of the United States Attorney's Office for this District?

11. Assisting the United States Attorney's Office in this case will be Special Agent Marco Dias of the Internal Revenue Service, Criminal Investigation agency, or "IRS-CI," as well as David Naguib and Helena Kerest, paralegal specialists in the United States Attorney's Office. Do you know, or, to your knowledge, have any of your relatives or close friends had any dealings with Special Agent Dias, Mr. Naguib, or Ms. Kerest?

12. Do you know, or, to your knowledge, have any of your relatives or close friends had any dealings with IRS-CI?

13. Do you know me, Judge Clarke, any of my staff, or have you had any prior experience in a case that was before me?

14. The following individuals, places and entities may be mentioned during the trial, or may be witnesses in this case:

**Court Exhibit 9**

**Names / Entities**
1. Coinbase
2. Ethereum Foundation
3. Flashbots
4. Low Carb Crusader
5. MakerDAO
6. Massachusetts Institute of Technology
7. Mercury Bank
8. MEV-Boost
9. Savannah Technologies
10. Tether
11. TRM Labs
12. Ultrasound Relay
13. Travis Chen
14. Alina Cleverly, IRS-CI
15. Kelsey Dean, Coinbase
16. Justin Drake
17. Jad Elmourad
18. Brett Hemenway Falk
19. Christopher Hoffmeister, TRM Labs
20. Kevin E. Madura
21. Robert Miller
22. DeLeassa Penland, SDNY
23. Jaime Peraire / Jaume Peraire
24. Samczsun
25. Ananya Sankar, SDNY
26. Olivia Sebade, SDNY
27. Peter Joseph Shanz
28. S. Matthew Weinberg
29. David Yakira

**Locations**
1. 30 Dalton St., Boston, MA 02115

Are you familiar with any of these people, entities or places, apart from simply being a customer of one of the entities?

C. **Experiences with the Legal System**

15. Have you, or any of your relatives or close friends, ever studied or practiced law or

3

    worked in any capacity for a law office?

16. Have you, or any of your relatives or close friends, ever appeared as a witness either at a trial or at another legal proceeding or investigation, civil or criminal?

17. Do you have any opinions, positive or negative, about lawyers, judges, or the courts, that may prevent you from being a fair and impartial juror in this case?

18. Have you ever served as a juror or grand juror?

**D. Experience with and Opinions of Law Enforcement**

19. Have you, or any of your relatives or close friends, ever been employed by the U.S. Attorney's Office, IRS-CI or any other federal, state, or local law enforcement agency or prosecutor's office?

20. Do you have any opinions, positive or negative, about the U.S. Attorney's Office, IRS-CI, or any other law enforcement agency, or law enforcement more generally, that may prevent you from being a fair and impartial juror in this case?

21. Have you, or any of your relatives or close friends, ever been a party to a legal action with the United States, the Internal Revenue Service, or any federal department, agency or employee?

22. Have you, or any of your relatives or close friends, ever been arrested or charged with a crime?

23. Have you, or any of your relatives or close friends, ever been incarcerated in any jail or correctional facility?

24. Have you, or any of your relatives or close friends, ever made a complaint against a law enforcement officer?

25. Have you, or any of your relatives or close friends, ever been the subject of an investigation or accusation by any grand jury, state or federal, or any other investigation, or the recipient of a subpoena for any inquiry or investigation?

26. Have you or any of your relatives or close friends ever been the victim of a crime?

E. **Case Specific Questions**

27. During this trial, you will hear evidence about cryptocurrency and about transactions that occurred on what is known as a blockchain—in particular the Ethereum blockchain. Do you have any experience with, or opinions about, cryptocurrency, Ethereum, or blockchains that might affect your ability to be fair and impartial in this case?

28. Does your work involve, or do you have particular knowledge of, cryptocurrency or blockchain technology?

29. Do you have any experiences with, or knowledge of, MEV-Boost, Aztec, or Tornado Cash?

30. Do you have any knowledge of or experiences with Decentralized Finance ("DeFi") platforms?

31. Do you have any experiences with, or knowledge of cryptocurrency-related companies Coinbase, TRM Labs, Flashbots or Ultrasound?

32. Do you have any beliefs about the Government's role or regulation concerning cryptocurrency or digital assets that might affect your ability to be fair and impartial in this case?

33. Do you read any cryptocurrency-related news publications or listen to any cryptocurrency-related programs or podcasts?

34. This case may involve some individuals and conduct located abroad. For example, you may hear about actions taken in Israel, or individuals from Israel and Lebanon. I instruct you that the national origin of these individuals is not at issue. Would these circumstances affect your ability to listen to the evidence in this case with an open mind and to follow my instructions on the law?

35. The government witnesses in this case may include law enforcement officers and other government employees. Would you have any difficulty assessing the credibility of such a witness just like you would any other witness?

36. You also may hear testimony from expert witnesses. Have you had any experiences with expert witnesses, or do you have any general feelings about the use of expert witnesses, that would affect your ability to be fair and impartial in this case?

F. **Jury Function Questions**

37. Would you—for reasons that have nothing to do with the law or the evidence—be reluctant or unwilling to render a verdict of not guilty?

38. Would you—for reasons that have nothing to do with the law or the evidence—be reluctant or unwilling to render a verdict of guilty?

39. Under the Constitution, no person accused of a crime is required to testify at trial and jurors may not hold it against a defendant if he should elect not to testify. Would you be unwilling or unable to follow that instruction?

40. The question of punishment, if any, is for the Court alone to decide, and any possible punishment must not enter into your deliberations as to whether or not the defendant is guilty. Would you have difficulty accepting and applying this instruction?

41. The defendants have no burden of proof and are presumed innocent throughout the course of trial unless and until the Government proves them guilty beyond a reasonable doubt. Would you be reluctant or unwilling to accept and follow this principle of law?

G. **Difficulties in Understanding or Serving**

42. As I noted, this trial is expected to last up to November 6, 2025. The jury will typically sit from 10:00 am to 4:30 p.m., Monday through Friday. Do you have any unmovable commitments or extraordinary personal hardship that would interfere with your serving as a juror in this case?

43. Do you have any problems with your hearing or vision that would prevent you from giving full attention to all of the evidence at this trial?

44. Are you taking any medication, or do you have any medical condition, that would prevent you from giving full attention to all of the evidence at this trial?

45. Do you have any difficulty in reading or understanding English?

46. Is there anything that I have not asked you about that would make you uncomfortable about sitting on this case, or that makes you feel like you cannot be a fair and impartial juror in this case?

**Court Exhibit 9**

## Questions for Individual Jurors

1. Please state your name, your county of residence, your borough if you live in one and your neighborhood. Have you lived in this county for more than five (5) years?

2. How old are you?

3. How far did you go in school and what schools did you attend, beginning with high school? (If college, what was your field of study in college?)

4. Are you employed? If so, who is your employer and what are your general job duties? (If retired or unemployed, please identify your last employer and general job duties.)

5. How long have you been employed in your current position? If fewer than five (5) years, where else did you work in the last five (5) years?

6. Who are the members of your household and for whom do they work?

7. If you have grown children, for whom do they work? If any are college students, what is their field of study?

8. Do you belong to, or volunteer your time with, any associations, organizations, clubs, or union?

9. What newspapers, magazines, or websites, including social media sites, do you get your news from?