**United States v. Peraire-Bueno, S1 24 Cr. 293 (JGLC)**
**Government Exhibits for Pre-Admission**

- **Stipulations:**
    - GX S-701-709, 711-14
- **GX - Financial Records:**
    - 104-A
    - 104-B
    - 104-C
    - 104-D
    - 104-E
    - 104-F
    - 105-A
    - 105-B
    - 105-C
    - 105-D
    - 105-E
    - 106-A
    - 106-B
    - 106-C
    - 106-D
    - 106-E
    - 106-F
    - 107-A
    - 107-B
    - 107-C
    - 107-D
    - 107-E
    - 107-F
    - 107-G
    - 109-A
    - 109-B
    - 109-C
    - 110-A
    - 110-B
    - 110-C
    - 111-A
    - 111-B
    - 112-A
    - 112-B
- **GX – Slack Series**
    - 3402, 3402-M
    - 3405 and subparts, 3405-M
    - 3409 and subparts, 3409-M
    - 3410, 3410-M

- o   3411, 3411-M
- o   3427, 3427-M
- o   3439, 3439-M
- o   3452, 3452-M
- o   3453, 3453-M
- o   3460, 3460-M
- o   3464 and subpart, 3464-M
- o   3495, 3495-M

➢ **GX – Google**
- o   3618
- o   3680
- o   3686
- o   3701
- o   3704
- o   3707

➢ **GX – Devices**
- o   6012
- o   6417 and subparts
- o   6701
- o   ■