## Salmonella Proposals

Defense Original Proposal:

"Salmonella" is the name of a well-known counter strategy that other Ethereum traders mounted to thwart Sandwich trading prior to 2023.

Limiting instruction: The existence of Salmonella is not evidence that Omakase was lawful, but you may consider it in evaluating the defendants' state of mind.

Government Original Proposal:

You may have heard passing reference to the term "salmonella" during yesterday's testimony. "Salmonella" is the name of a different operation carried out by other people against other sandwich traders in 2021. The existence of the prior attack is being introduced as background and for context, including to explain the use of the term "salmonella" in certain exhibits.

Limiting instruction: It is no defense to the charges in this case that others had previously carried out an attack on sandwich traders. Nonetheless, you may consider this fact as context for the defendants' statements and actions relating to that term.

Defense Response to Government Proposal:

You may have heard reference to the term "salmonella" during yesterday's testimony. "Salmonella" refers to operations carried out by other people against sandwich traders in 2021 and 2022. The existence of these prior attacks is being introduced as background and for context, including to explain the use of the term "salmonella" in certain exhibits.

Limiting instruction: It is no defense to the charges in this case that others had previously carried out attacks on sandwich traders. Nonetheless, you may consider this evidence as context for the defendants' statements, actions, and state of mind.