**Court Exhibit 15**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
   UNITED STATES OF AMERICA     :
: 
       - v. -          :   S1 24 Cr. 293 (JGLC)
: 
   ANTON PERAIRE-BUENO and    :
   JAMES PERAIRE-BUENO,      :
: 
          Defendants.    :
: 
------------------------------------------------------- x

Please indicate each of your verdicts with a check mark (✔).


### Count One: Conspiracy to Commit Wire Fraud

**Anton Peraire-Bueno**

    Guilty _____      Not Guilty _____

**James Peraire-Bueno**

    Guilty _____      Not Guilty _____


### Count Two: Wire Fraud

**Anton Peraire-Bueno**

    Guilty _____      Not Guilty _____

**James Peraire-Bueno**

    Guilty _____      Not Guilty _____

### Count Three: Conspiracy to Commit Money Laundering

**Anton Peraire-Bueno**

    Guilty _____      Not Guilty _____

**James Peraire-Bueno**

     Guilty _____      Not Guilty _____

New York, New York
_____, 2025

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____