Question #4

Jury Note #4

10:03am

We didn't realize we couldn't have written copies of the transcript. Please ignore last request and we will refine it.