PAKVPER2                         Chen - Direct



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17   Q.   Mr. Chen, when you say the bait transactions included the

18   contract addresses, are you referring to these addresses?

19   A.   Yes.

20   Q.   Okay.  And are these unique identifying addresses for a

21   particular trader?

22   A.   Yes.

23

24

25

PAKVPER2                          Chen - Direct

1  ███████████████████████████████████████████████████

2  ██████████████████████████████████████████████████

3  ██████████████████████████

4           ████████████  ████████████  ████████████

5           ████████████  █████████████████████

6  Q.  Mr. Chen, did you code the logic for the bait transactions?

7  A.  Yes.

8  Q.  Okay.  So based on the coded logic of the bait

9  transactions, how did you expect the bait trades to appear to

10  all other traders?

11  A.  It would depends on the software that other traders are

12  running.  If they were to simulate it, depending on the

13  transaction, it may be a buy, then a sell, it may be a buy,

14  depending on the particular transaction.

15  Q.  Did you expect that that bait transaction for all the other

16  traders would appear profitable or unprofitable?

17  A.  Referring to specifically the second category of trigger

18  strategy, we would expect it, if they simulated it as a bundle

19  specifically, to not be profitable for them, if they simulated

20  it the same way that we would simulate it locally.

21  Q.  Why did you and the defendants want the bait trade to

22  appear unprofitable to everyone apart from your target?

23  A.  Because we wanted the target sandwichers all to appear on

24  the block.

25  Q.  So let's focus on the contract address for a minute.

1          Was there ever a concern, Mr. Chen, that the sandwich

2    traders would catch on that they were being baited?

3    A.   There's some amount on my end.

4    Q.   How might they catch on?

5    A.   I think some of them may find it strange that there is a

6    particular trigger transaction that, for example, check their

7    balance of a token.

8    Q.   And the trigger transaction, what did you and the

9    defendants do to make it less likely that these particular

10   targets did not see their contract address in the trigger

11   transactions?

12   A.   We used what's called an XORing, which basically just

13   scrambles their contract address.

14   Q.   So let's focus for a second, because many may not be

15   familiar with XORing.

16          What is XOR logic?

17   A.   It is a common cryptography primitive that's used to take a

18   sequence of zeroes and ones or numbers and letters such as

19   ABCD, and turn it into XIJF.

20   Q.   Did you use this XOR logic in omakase?

21   A.   Yes.

22   Q.   Can you describe how you used it.

23   A.   We used it for checking for the arguments we passed into

24   our trigger contract.

25   Q.   And describe how XOR logic concealed the targets contract

PAKVPER2                      Chen - Direct

1  address in the trigger transaction?

2  A.   I ultimately did not conceal the address that was being

3  queried because that is just a blockchain instruction.  It did

4  make the argument that was passed into a contract, not

5  explicitly the sandwicher contract address.

6  Q.   So using an example of a contract address that used the

7  word "Travis," how would XOR logic conceal that?

8  A.   It would -- the address would be passed in as like "ABCDE"

9  instead of "Travis."

10  Q.   Now, how did that make it less likely that your targets

11  identified that they were being baited?

12  A.   Depends on exactly what the sandwichers were doing on their

13  end.  But if they were to, for example, check the arguments

14  that are being passed into a contract, it wouldn't be their

15  address, it would be some permutation of their address.

16          MS. KUDLA:  Mr. Naguib, can you please publish

17  Government Exhibit 3494.

18  Q.   What channel is this?

19  A.   Omakase-keys.

20  Q.   And what's the date of this communication?

21  A.   February 2nd, 2023.

22  Q.   And let's start page 1, Jad's message.  He says:  Using the

23  fourth pair for testing on sandwicher, and he provides an

24  address, and then minter and trigger.

25          Now, what is Jad discussing here to the group?

PAKVPER2                        Chen - Direct

1   A.  He is just sending one of the addresses we're using for

2   trigger testing.

3   Q.  Now, let's turn to page 2.

4          Starting with Anton at 13:20:55, Anton references:

5   Wait, couldn't you just use the same XOR key?

6          And you respond:  Ah, I see you might be right.

7          And Anton says:  As a matter of re-encrypting the new

8   address with the XOR key that's used.

9          Let's turn to page 2.

10         Mr. Chen, you say:  I'd still lean towards fresh

11  contract out of an abundance of paranoia in case this test

12  flagged something in our previous contract.

13         You reference an abundance of paranoia.  Who were you

14  concerned about with an abundance of paranoia?

15  A.  The sandwich bots.

16  Q.  And what were you concerned they would do?

17  A.  They may, for example, stop sandwiching transactions that

18  were sent to a particular contract.

19  ██ ████████████████████████

20      ████████   ██████████████████████

21  ████████████

22  ██ ████████████████████████████████████████

23  ██████████████████████████████████████████████

24  ████████████

25  ██ ██████████████████████████████████████

PALKPER2                    Chen - Cross

1    ████████████████████████████████████████████████

2    ████████████████████████████████████████████████

3    ████  ██████

4    Q.   And in your experience, when a user -- so taking a step

5    back from that, when a user submits a transaction to the

6    mempool, the transaction is encoded into a series of letters

7    and numbers, and those letters and numbers are what actually

8    appear in the mempool, right?

9    A.   The bytecode informs what a transaction will do.

10   Q.   And, so, when a bot encounters the transaction in the

11   mempool, it needs to decode it in order to see the fields that

12   otherwise would be listed on an English page, you know,

13   identifying the trade, right?

14   A.   Yes.

15   Q.   When the bot finds the transaction in the mempool, it

16   appears as this raw bytecode data, right?

17   A.   Yes.

18   Q.   And the raw bytecode appears the same -- in the mempool

19   appears the same for every potential searcher that's looking

20   for it, right?

21   A.   The raw bytecode is the same for every mempool viewer,

22   including searchers.

23   Q.   And any bot can take this raw data and decode it and run

24   simulations, right?

25   A.   Yes.

PALKPER2                        Chen - Cross

1    Q.   And every bot would be using the exact same raw data to run

2    their own simulations, right?

3    A.   Yes.

4    ████████████        ███████████████████████

5              █████████    ██████████

6    ██████████████

7    Q.   The bytecode is the same, no matter who looks at it, right?

8    A.   The bytecode is constant.

9    Q.   But simulations are based on conditions, right?

10   A.   You can add anything to a simulation, including conditions.

11   Q.   So a bot can run a simulation with this transaction that it

12   sees in the mempool, and it can see how it behaves outside of a

13   bundle, right?

14   A.   For example, yes.

15   Q.   It could run a simulation with this transaction and see how

16   it behaves inside of a bundle, right?

17   A.   Yes.

18   Q.   And the specifics of how to construct the bundle for the

19   simulation would be up to the bot?

20   A.   Yes.

21   Q.   So in the case of a simulated sandwich bundle, the bot

22   would decide how large to simulate the front run?

23   A.   Yes.

24   Q.   And the bot would also decide what smart contract to use

25   for the front-run and back-run transactions in the simulated

PALKPER2                        Chen - Cross

1    bundle?

2    A.   Yes.

3    Q.   The bot could even test what would happen if the

4    transaction was sandwiched by a different smart contract,

5    right?

6    A.   They could.

7    Q.   And the bot can also simulate how the transaction would

8    behave if it was part of a bundle that was not a sandwich

9    attack?

10   A.   Yes.

11   Q.   There's practically no limit on how many times the bot can

12   simulate a particular transaction?

13   A.   Yes.   The only limit is time.

14   Q.   And with enough simulations, a bot could observe all of the

15   possible behaviors with a potential transaction?

16   A.   Yes.

17   Q.   So, the results of any simulation really depend on what the

18   particular searcher wants to test, right?

19   A.   Yes.

20   Q.   And the bot -- in this case, the sandwich bots controlled

21   the simulations that they did on the trigger transactions,

22   right?

23   A.   Yes.   The bytecode of the trigger transaction is constant,

24   but the other details of the bundle can be chosen by the

25   sandwicher.

PALKPER2                     Chen - Cross

1    Q.   Thank you.

2         Yesterday, you testified that the team used something

3    called XOR logic in the trigger transactions.

4         Do you recall that?

5    A.   Yes.

6    Q.   And you explained that you used XOR logic to check the

7    arguments you passed into the trigger transactions, right?

8    A.   Can you say that one more time?

9    Q.   You explained that you used the XOR logic to check the

10   arguments you passed into the trigger transactions?

11   A.   I think we XOR'd some of the arguments we passed into the

12   trigger transaction.

13   Q.   Okay.  Let's unpack exactly what that means.

14        The XOR logic is a pretty basic computer science

15   concept; is that right?

16   A.   It is a cryptography primitive, yes.

17   Q.   When you say primitive, do you mean that's -- it's for

18   people in this space, it's kind of basic or well-known?

19   A.   Every computer system implements it.

20   Q.   Essentially, XOR logic, in this context, is just a formula

21   that can be used to sequence letters and numbers and use them

22   to compute a new sequence, right?

23   A.   Yes.

24   Q.   Yesterday, I think you used the word scrambling to refer to

25   this, right?

PALKPER2                          Chen - Cross

1    A.   Yes.

2    Q.   But so long as a user has the formula for XOR logic, a user

3    with even basic computer science skills could reverse the

4    computation and find the original sequence, right?

5    A.   Can you repeat your question one more time?

6    Q.   I can.

7         So long as the user has the formula for the XOR logic,

8    a user with even basic computer science skills could reverse

9    the computation and find the original sequence, right?

10   ███████████    ████████████████████

11   ███████████    ██████████

12        THE WITNESS:  Yes.

13   BY MS. TREFZ:

14   Q.   And the formula for the XOR logic for the trigger

15   transactions was public, right?

16   A.   Yes.

17   ███████████    ██████████████████████████████████████

18   ███████████    ██████████

19        THE WITNESS:  Yes.

20   BY MS. TREFZ:

21   Q.   That formula existed in the smart contract, right?

22   A.   It existed if you interpreted the bytecode.

23   Q.   And that's what the computer -- that's what you would have

24   expected any bot to do, right?

25   A.   Most bots do some sort of interpretation of the bytecode.

PALKPER2                          Chen - Cross

1    Q.  And the input to the XOR logic is in the call data of the

2    trigger transaction, right?

3    A.  Yes.

4    Q.  And that was public, too?

5    A.  Yes.

6    Q.  And you expected the sandwich bots would run simulations on

7    the trigger transactions, right?

8    A.  Yes.

9    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12           ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮

13           ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮

15   Q.  You expected that a sandwicher bot would unscramble the XOR

16   logic in a simulation?

17   A.  They could.  I don't know if I expected them to, but that

18   was an option that they could have taken.

19   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21   ▮▮▮▮▮▮

22           ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮

23           ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮

24   ▮▮▮▮▮▮▮

25   Q.  Did you believe that sandwich bots could run multiple

PALKPER2                        Chen - Cross

1    simulations over a trigger transaction?

2    A.   Yes.

3    Q.   And I think you testified before that if you ran enough

4    simulations, you would be able to figure out everything you

5    wanted to know about the trigger transactions, right?

6    A.   If you -- you can see almost any effect it could have in

7    conjunction with other transactions, yes.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PAMKPER1                    Chen - Cross



13          Briefly, you testified yesterday that XOR logic is a

14  formula that was encoded into the trigger transaction's smart

15  contract; is that right?

16  A.   Yes.

17  Q.   That formula is public because the smart contract bytecode

18  is public, right?

19  A.   Yes.

20  Q.   And a simulation of the trigger transaction automatically

21  executes the smart contract bytecode, right?

22  A.   Yes.

23  Q.   So any simulation of the trigger transaction would follow

24  the logic on the trigger transaction's smart contract?

25  A.   Yes.

PAMKPER1                          Chen - Cross

1    Q.   And the smart contract logic reversed the XOR logic at the

2    beginning?

3    A.   Yes.

4    Q.   Thank you.