

Question #10

Jury Note #10

2:41 p.m.

We've been working very hard, in good faith. However, we're struggling to come to any unanimous verdict, and we don't believe we're close.

We're looking for guidance at this point as to how to proceed.