

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 30, 2026

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

   Re:   *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

   The Government respectfully writes to provide the parties' availability for early 2027, as directed by the Court.  (*See* 3/13/26 Tr. at 110-11).

**Government's Position**

   The Government remains available for a re-trial in this matter as soon as practicable, including in the last quarter of 2026 and throughout 2027.

**Defendants' Position**

   If an additional trial is necessary, the Peraire-Buenos respectfully request that it be scheduled between June 2027 and so that it can be completed by late September 2027.  All counsel for the Peraire-Buenos remain available in the last quarter of 2026, as previously noted.

   Counsel for James (Ms. Trefz) is one of the counsel of record for trials scheduled to begin on January 19, 2027 (*California v. Amazon.com*, Case No. CGC22601826, Cal. Super. Ct.), and March 29, 2027 (*FTC et al. v. Amazon.com*, Case No. 23-cv-1495, W.D. Wash.).  Those civil antitrust trials will not be movable based on Ms. Trefz's unavailability.  If a trial must be scheduled during the first half of 2027 despite those conflicts, counsel for James respectfully requests it be scheduled for March 16, 2027 or later.

   Counsel for Anton currently does not have trial conflicts in 2027 through the end of September.

   Counsel for the Peraire-Buenos note that the Passover holiday from April 21-29, 2027, and request that a trial schedule avoid that window by aiming to end before April 21 or start after April 29.

* * *

To ensure clarity in the record, the Government also respectfully reiterates its request that this Court exclude time under the Speedy Trial Act through at least September 2, 2026 (*i.e.*, the date of the currently scheduled status conference), or any future trial date set by the Court, to enable the parties to prepare for any potential re-trial, to discuss any potential for a pre-trial disposition, and to accommodate scheduling conflicts of the defendants' counsel of choice as needed. *See* 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. Both defendants have consented to the exclusion of time through their respective counsel.

Respectfully submitted,

JAY CLAYTON
United States Attorney


by:  _____/s/_____
Danielle Kudla / Jerry Fang /
Benjamin Levander / Ryan Nees
Assistant United States Attorneys

Cc: Counsel of Record (by ECF)


Application GRANTED. The Court has reviewed the parties' proposed dates for re-trial. All parties should be prepared to start trial on June 7, 2027. The Court finds that the ends of justice served by excluding the time between September 2, 2026, and June 7, 2027, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C.§ 3161(h)(7) (A) because, among other things, the parties are preparing for a potential re-trial and to accommodate scheduling conflicts among Defendants' counsel. It is hereby ORDERED that the time between September 2, 2026, and June 7, 2027, is excluded. The Clerk of Court is respectfully directed to terminate ECF No. 248.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 2, 2026
        White Plains, New York