UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTON PERAIRE-BUENO, et al.,

Defendants.

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that the status conference, previously scheduled for September 2, 2026, at 10:00 a.m., is ADJOURNED *sine die*.

Dated: September 1, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge