**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>Defendants. | Case No.: 1:24-cr-00293-JGLC |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, attorney Joseph Bayerl, who previously filed a notice of appearance on behalf of James Peraire-Bueno, respectfully requests that the Court grant him leave to withdraw his appearance as counsel in this action. Mr. Bayerl further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email jbayerl@wc.com be removed from the ECF service notification list for this case.

In support of this motion, Joseph Bayerl states as follows:

1. I am an attorney licensed to practice in the District of Columbia and California.
2. On September 22, 2025, I filed a notice of appearance and motion to appear *pro hac vice* on behalf of James Peraire-Bueno (ECF 157), which the Court granted on October 7, 2025 (ECF 172).
3. As of September 25, 2026, I will no longer be affiliated with Williams & Connolly LLP, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for James Peraire-Bueno.

4. James Peraire-Bueno will continue to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket. Accordingly, my withdrawal from this case will not cause any delay or prejudice.
5. I am not asserting a retaining or charging lien of any kind.
6. On September 21, 2026, I served James Peraire-Bueno with a copy of this Notice of Motion by email.

Date: September 25, 2026

Respectfully submitted,

By: /s/ Joseph Bayerl

Katherine Trefz (*pro hac vice*)
Daniel Shanahan (*pro hac vice*)
Patrick J. Looby (*pro hac vice*)
Joseph Bayerl (*pro hac vice*)
Ikenna N. Ugboaja (*pro hac vice*)
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
ktrefz@wc.com
dshanahan@wc.com
plooby@wc.com
jbayerl@wc.com
iugboaja@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant*
*James Peraire-Bueno*

Application GRANTED. The Clerk of Court is respectfully directed to terminate attorney Joseph Bayerl, as counsel of record in this case and terminate the letter motion at ECF No. 289.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: September 28, 2026
White Plains, New York

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Joseph Bayerl*
Joseph Bayerl