LAW OFFICES
WILLIAMS & CONNOLLY LLP®

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 5, 2026

Via ECF

Hon. Jessica G. L. Clarke
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: United States v. Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion for Modification of Conditions of Release for James and Anton Peraire-Bueno

Dear Judge Clarke:

With the consent of pretrial services and the government, Defendants James Peraire-Bueno ("James") and Anton Peraire-Bueno ("Anton") respectfully request certain modifications of their conditions of release to permit them to engage in employment-related transactions and personal trading of public securities. James and Anton each have as condition of their release a prohibition on trading securities. The proposed modifications identified below are consistent with and in furtherance of the purposes of conditions of release articulated by 18 U.S.C. § 3142.

In particular, the Peraire-Buenos seek the following modifications to their conditions of release:

(1) James and Anton request a temporary modification of their conditions of release to permit them to participate in a November 2026 employment-related transaction disclosed to the government and pretrial services.[1]

(2) James and Anton request modification of their conditions of release to permit them to exercise options granted as compensation for their employment.

[1] If the Court requires further information about this transaction, the Peraire-Buenos request permission to submit it under seal or directly by e-mail.

(3) James and Anton request modification of their conditions of release to permit them to trade publicly traded securities (excluding derivatives) in their personal accounts for their personal benefit.

(4) James and Anton shall report any of the above transactions monthly to pretrial services.

Neither the government nor pretrial services objects to these requested modifications.

Respectfully submitted,

By: */s/ Daniel Marx*

Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Counsel for Defendant Anton Peraire-Bueno*

By: */s/ Katie Trefz*

Katherine Trefz (*pro hac vice*)
Patrick J. Looby (*pro hac vice*)
Ikenna Ugboaja (*pro hac vice*)
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
ktrefz@wc.com
plooby@wc.com
iugboaja@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant James Peraire-Bueno*

cc: Counsel of Record via ECF